EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
| --- | --- |
| | 2017 TSPR 195 |
| Lcdo. Israel Santiago Lugo | 198 DPR ____ |
| | |

Número del Caso: ER-2017-8

Fecha: 4 de diciembre de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Lcdo. Israel Santiago Lugo ER-2017-8

Renuncia a la
Junta de Educación
Jurídica Continua

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de diciembre de 2017.

Mediante Resolución de 2 de junio de 2017, designamos al Lcdo. Israel Santiago Lugo (licenciado Santiago Lugo) como miembro de la Junta de Educación Jurídica Continua (Junta) adscrita al Programa de Educación Jurídica Continua (Programa).

El 14 de noviembre de 2017 el licenciado Santiago Lugo presentó *Moción de Renuncia* a su puesto en la Junta. Aceptamos su renuncia a la designación como miembro *ad honorem* de la Junta y agradecemos la labor que realizó para enriquecer y apoyar la encomienda del Programa.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo